IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas C. Borchers,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>Arizona Department of Corrections, et al.,<br><br>　　　　　　Respondents. | No. CV20-08170 PCT DGC (ESW)<br><br>**ORDER** |

Pending before the Court is a Motion to Dismiss (Doc. 14) filed by Arizona Attorney General Mark Brnovich.  Petitioner has filed a Response (Doc. 16), which does not express opposition to the Motion.  United States Magistrate Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the motion to dismiss (Doc. 14) be granted and that Arizona Attorney General Mark Brnovich be dismissed from this action.  Doc. 17.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R, grant the motion to dismiss, and dismiss Arizona Attorney General Mark Brnovich from this action.

**IT IS ORDERED:**

1.　The R&R (Doc.17) is **accepted**.

2. The motion to dismiss (Doc. 14) is **granted**. Arizona Attorney General Mark Brnovich is dismissed from this action.

Dated this 18th day of May, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge